SMITH A. SKINNER, Respondent, *v.* THE WALTER A. WOOD
    MOWING AND REAPING MACHINE COMPANY, Appellant.

(Argued April 28, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made February 29, 1888, which affirmed a judgment in favor
of plaintiff entered upon the report of a referee.

*Esek Cowen* for appellant.

*James Lansing* for respondent.

Agree to affirm ; no opinion.
All concur except PARKER, J., not sitting.
Judgment affirmed.